# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 60 WAL 2015
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
GLENN FORD, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.